UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAMAL SIMMONS-EL,

                              Plaintiff,

-against-

CITY OF NEW YORK, DET. CHRISTOS DEFTEROS (Shield #001081), RETIRED SERGEANT JOSE RODRIGUEZ (Shield #5575), DET. CHARLES HARMON (Shield #4219), UNDERCOVER OFFICER C00044, and POLICE OFFICERS "JOHN DOE" #1 through #10, individually and in their official capacities, (the name "John Doe" being fictitious, as the true names of these individuals are presently unknown),

                              Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

14-CV-8032 (KPF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 22, 2015

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Gamal Simmons-El against defendants CITY OF NEW YORK, DET. CHRISTOS DEFTEROS, RETIRED SERGEANT JOSE RODRIGUEZ, DET. CHARLES HARMON, UNDERCOVER OFFICER C00044, and POLICE OFFICERS "JOHN DOE" #1 through #10, including their successors and assignees, and all past and present officials, employees, representatives and agents of the City, arising out of the events alleged in the Complaint in this matter, Simmons-El v. City of New York, et al., 14-CV-8032, are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorneys' fees to either party.

Dated: October 22, 2015

THE RICHMAN LAW GROUP
*Attorneys for Plaintiff Gamal Simmons-El*

By: _/s/ Kim E. Richman_____
    Kim E. Richman, Esq.
    Joseph M. Stancati, Esq.
    195 Plymouth Street
    Brooklyn, NY 11201
    212-687-8291 (telephone)
    212-687-8292 (facsimile)

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Det. Christos Defteros, Retires Sergeant Jose Rodriguez, Det. Charles Harmon, Undercover Officer C00044, P.O's JOHN DOE #1-10.*

By: _/s/ Peter Fogarty_____
    Peter Fogarty
    Assistant Corporation Counsel
    Special Federal Litigation Division
    100 Church Street, Room 3-132
    New York, NY 10007
    212-356-3514 (telephone)

SO ORDERED:

_/s/ Katherine Polk Failla_____
HONORABLE JUDGE KATHERINE POLK FAILLA
United States District Judge

1